**TOMAS ESPINOSA, Esq.**
**Attorney at Law**
**8324 Kennedy Blvd.**
**North Bergen, NJ 07047**
Tel: (201) 223-1803/ Fax: (201) 223-1893
E-mail: drtomasespinosa@yahoo.com

N.J. Bar.                                                      N.Y. Bar.

August 11, 2014.

The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
For the Southern District of New York
500 Pearl Street
Room 220
New York, NY 10007

Re:   **Antonio Leon Suarez, et als. vs. Bank of New York a/k/a Bank of New York Mellon et als.**
      **Civil Action No. 14-cv-04246-GHW**
      **Notice of Initial Pretrial Conference 10/17/2014   Time 10:15 AM**

Dear Judge Woods:

       This office represents plaintiffs in the above mentioned action.

       On June 12, 2014 and subsequently on July 22, 2014, I sent to the court contemporaneously with the filing of the present case, a request that the present case above referred be stayed pending the appeal of a case decided by Judge Robert P. Paterson, U.S.D.J. known as Anh Tran et als. v. The Bank of New York et als., Case No. 13-cv-580, the appeal from Judge Paterson decision was filed before the Second Circuit is 12-1224. ( See copies of the letters accompanying the present one).

       I understand that when the court contacted Judge Paterson to have the present case before Your Honor to be assigned to him Judge Paterson declined it. Apparently, this is the reason why we have had no response from Your Honor about plaintiffs' request for the staying of the case pending the appeal.

       However, we submit to the court, that the two cases are related as to issues, causes of action, and applicable law they differ (however, the details in the pleadings may differ) on the name and number of the plaintiff but even the defendants are the same. The decision in the case on appeal will have a direct impact on the case before Your Honor. At the time of my two letters of request, Your Honor was not named in the present case, and therefore, when we attempted to file electronically as we were directed by the clerk's office to do so, after we filed directly with the clerk's office, the two requests letters the system were not accepted electronically.

Today, we contacted your Deputy and after conversation with him, we are repeating our request that the case before you be stayed pending the appeal. Our concern is that we are almost three months since the filing of the case before Your Honor, and we have not undertaken service of summons and complaint to the defendants waiting for a decision of the court on our position to stay.

I need to know from the court one way or the other, that I may take rapidly steps to protect the plaintiffs' right from a dismissal for failure to properly serve process.

The case before Your Honor should be stayed pending appeal. The appeal has been placed in expedited appeal calendar, and the Appellants' brief (our brief) must be filed not later than September 9, 2014 with a 35 days after that for Appellees opposition and subsequently the time provided by the rules for the reply. The court will not have to wait longer than otherwise for the Second Circuit to decide the ruling of Judge Paterson that is on appeal.

I beg Your Honor attention to this matter and I may act accordingly.

Respectfully submitted,

Tomás Espinosa, Esq.

TE/ve.

**TOMAS ESPINOSA, Esq.**
Attorney at Law
8324 Kennedy Blvd.
North Bergen, NJ 07047
Tel: (201) 223-1803/ Fax: (201) 223-1893
E-mail: drtomasespinosa@yahoo.com

N.J. Bar.                                                              N.Y. Bar.

July 22, 2014.

To the Clerk
United States District Court
For the Southern District of New York
500 Pearl Street, Room
New York, NY 10007

Re:   Antonio Leon Suarez, et als vs. Bank of New York a/k/a Bank of New York Mellon et als.
      Civil Action No. 14-cv-04246-UA

Dear Sir or Madam:

This office represents plaintiffs in the above mentioned action.

On June 12, 2014 we filed a letter requesting that the above referenced case be placed in hold pending the appeal to the Second Circuit of the case known as Ahn Tran et als. vs. The bank of New York, Civil Action No. 13-cv-580 which has been filed by plaintiffs and has the appeal No. 14-1224.

We attached hereto a copy of our letters of June 11, 2014. Please, let us know if the case has been placed on hold pending the appeal that we may relax and concentrate on the appeal (the Appellants Brief and Appendix are due on August 11, 2014), otherwise, if it is not we will have to proceed to serve summons and complaint. We filed the action before the Southern District in order to protect the claims of the plaintiffs from the passage of time pending the Ahn Tran appeal.

We will be expecting the court response to the present letter that we may be guided accordingly.

Thanks in advance for Your Honor's attention to this matter.

Respectfully submitted,

Tomas Espinosa, Esq.

TE/ve.

**1:14-cv-04246-UA** Suarez et al v. Bank of New York
Unassigned, presiding
Date filed: 06/12/2014
Date of last filing: 06/12/2014

**Query**

Alias
Associated Cases
Attorney
Case File Location...
Case Summary
Deadlines/Hearings...
Docket Report ...
Filers
History/Documents...
MDL Case Report
Party
Related Transactions...
Status

View a Document

TOMAS ESPINOSA, Esq.
Attorney at Law
8324 Kennedy Blvd.
North Bergen, NJ 07047
Tel: (201) 223-1803/ Fax: (201) 223-1893
E-mail: drtomasespinosa@yahoo.com

N.J. Bar.                                                              N.Y. Bar.

June 11, 2014.

Attention Assigned Judge
United States District Court for the
Southern District of New York
500 Pearl Street
Courtroom 2014
New York, NY 10007

Re:   Antonio Leon Suarez et als. vs. Bank of New York n/k/a Bank of New York Mellon et als.
      Civil Action No.
      Initial Pleading RICO Complaint

Dear Sir or Madam:

This office represents the plaintiffs in the above mentioned action that we presently are contemporaneously with this letter are filing.

The case is of the same nature as a case that was decided by the Honorable Robert P. Patterson, U.S.D.J., Civil Case No. 13-CV-580 also known as Ahn Tran et als. vs. The Bank of New York et als., that is currently on appeal before the U.S. Courts of Appeals for the Second Circuit.

We are filing the present case despite of the fact that Judge Patterson decision has an impact on the case that although we believe is not preclusive due to the fact of the appeal filed but we needed to avoid any problem that delay in filing may produce.

Nevertheless, we ask the court that while the appeal in the Matter of Ahn Tran et als. case is pending, the present case be placed in hold in respect to discovery and motions pending the appeal.

The legal issues in both cases are intertwined and the appeal decision will certainly decide the future of both.

If the court requires that this request be made by motion, please advise. If not please confirm in writing the granting of the present request.

Thanks in advance for Your Honor's attention to this matter.

Very Truly Yours,

Tomas Espinosa, Esq.

TE/te.

**TOMAS ESPINOSA, Esq.**
Attorney at Law
8324 Kennedy Blvd.
North Bergen, NJ 07047
Tel: (201) 223-1803/ Fax: (201) 223-1893
E-mail: drtomasespinosa@yahoo.com

N.J. Bar.                                                    N.Y. Bar.

                                                    June 11, 2014.

Clerk: Ruby J. Krajick
United States District Court for the
Southern District of New York
500 Pearl Street
Courtroom 2014
New York, NY 10007

Re:   Antonio Leon Suarez et als. vs. Bank of New York a/k/a Bank of New York Mellon et als.
      Civil Action No.
      Initial Pleading RICO Complaint

Dear Sir or Madam:

        This office represents the plaintiffs in the above mentioned action.

        Enclosed please find an original and two copies of plaintiffs' complaint to be filed with the court along with 31 Exhibits. I have also enclosed a CIS duly filled and signed with the filing.

        Furthermore, I have also enclosed my attorney business check No. 2944 for the amount of $ 350.00 dollars for the filing fee.

        I have enclosed also a self-stamped envelope provided for the return of the copy stamped for my records.

        Thanks in advance.

                            Very Truly Yours,

                                                    Tomas Espinosa, Esq.

TE/te.